UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DANIEL CASTILLO-ANTONIO, <br> Plaintiff, <br> v. <br> ALASKA GASOLINE, INC., et al., <br> Defendants. | Case No. 18-cv-02720-SK <br><br> **ORDER OF CONDITIONAL DISMISSAL** <br><br> Re: Dkt. No. 14 |

Plaintiff, by his counsel, advised the Court that the parties agreed to a settlement of this case with fulfillment of the terms to be accomplished by March 19, 2019. Therefore,

**IT IS HEREBY ORDERED** that this case be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, no later than March 19, 2019, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

Dated: August 28, 2018

SALLIE KIM
United States Magistrate Judge